O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYRRIFIC, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br>EDVIN KARAPETIAN, an individual, EDWARD MINASYAN, an individual, LENA AMERKHANIAN, an individual, and EDO TRADING, INC., a California corporation,<br><br>　　　　　Defendants. | Case No. 2:12-cv-04499-ODW(Ex)<br><br>**JUDGMENT** |

In light of findings of fact and conclusions of law contained in the Court's April 165, 2013 Order Granting Defendants' Motion for Summary Judgment, it is hereby **ORDERED** that judgment shall be entered as follows:

　　1. Plaintiff Toyrrific, LLC shall take nothing;

　　2. Judgment for Defendants Edvin Karapetian, Edward Minasyan, Lena Amerkhanian, and EDO Trading, Inc.; and

　　3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 16, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE