CASE CLOSED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYRRIFIC, LLC, <br><br>         Plaintiff, <br>     v. <br><br> EDVIN KARAPETIAN; an individual, EDWARD MINASYAN; an individual, LENA AMERKHANIAN; an individual, and ESO TRADING, INC.; a California Corporation, <br><br>         Defendants. | CASE NO. 2:12-cv-04499-ODW-E <br><br> **JUDGMENT** |

In light of findings of fact and conclusions of law contained in the Court's July 20, 2016, Order Granting Defendants' Revised Motion for Summary Judgment (ECF No. 113), it is hereby **ORDERED** that judgment shall be entered as follows:

1. Plaintiff Toyrrific, LLC shall take nothing; and
2. Judgment for Defendants Edvin Karapetian, Edward Minasyan, Lena Amerkhanian, and EDO Trading, Inc.

**IT IS SO ORDERED.**

Dated: October 26, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**